529 Pa. 571 (1992)
605 A.2d 1222
COMMONWEALTH of Pennsylvania, Appellant,
v.
David W. VOSHALL.
COMMONWEALTH of Pennsylvania, Appellant,
v.
Patsy Anthony VOTO.
COMMONWEALTH of Pennsylvania, Appellant,
v.
Roger WELSHANS.
Supreme Court of Pennsylvania.
Submitted March 9, 1992.
Argued March 9, 1992.
Decided April 16, 1992.
*572 Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Scott A. Bradley, Asst. Dist. Atty., Pittsburgh, William R. Cunningham, Dist. Atty., William A. Dopierala, Asst. Dist. Atty., Jenifer Shirey, Erie, Bret O. Feese, Dist. Atty., Kenneth A. Osokow, Asst. Dist. Atty., Williamsport, for Com.
Mark Rubenstein, Pittsburgh, for Voshall.
Timothy J. Lucas, Erie, for Voto.
William J. Miele, Public Defender, Williamsport, for Welshans.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.
Submitted March 9, 1992 in Nos. 24 W.D. Appeal Docket 1990 and 44 M.D. Appeal Docket 1991.
Argued March 9, 1992 in No. 52 W.D. Appeal Docket 1991.

ORDER
PER CURIAM:
Orders affirmed.
LARSEN and McDERMOTT, JJ., dissent.